1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

MICHAEL ROBERTS,

12

Plaintiff,

13

vs.

14

VETERANS VILLAGE ENTERPRISES, INC., et al.,

15

Defendants.

16
17

CASE NO. 17cv524-LAB (MDD)

**ORDER SCREENING COMPLAINT; AND**

**ORDER AUTHORIZING SERVICE BY U.S. MARSHALS SERVICE**

18    Plaintiff filed his complaint along with a motion to proceed *in forma pauperis* ("IFP")

19  under 28 U.S.C. § 1915(a), and a motion for a temporary restraining order.  The Court

20  granted Plaintiff leave to proceed IFP but denied his motion for a temporary restraining

21  order. (Docket no. 9.)

22    Any complaint filed pursuant to the IFP provisions of 28 U.S.C. § 1915(a) is subject

23  to a mandatory and sua sponte review and dismissal by the Court, if it finds the Complaint

24  is "frivolous, malicious, failing to state a claim upon which relief may be granted, or seeking

25  monetary relief from a defendant immune from such relief."  28 U.S.C. § 1915(e)(2)(B);

26  *Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) ("[T]he provisions of 28 U.S.C.

27  § 1915(e)(2)(B) are not limited to prisoners.").  The Court has reviewed the complaint and

28  finds it sufficient to survive the sua sponte screening provisions of § 1915(e)(2).

Accordingly,  the Court **ORDERS** as follows:

1.    The United States Marshal shall serve copies of the complaint, the summons, this order, and the order granting leave to proceed IFP upon Defendants as directed by Plaintiff on U.S. Marshal Form 285.  All costs of service shall be advanced by the United States.

2.    Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon Defendants' counsel, a copy of every further pleading or other document submitted for consideration of the Court.  Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the defendants or counsel of defendants and the date of service.  Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

**IT IS SO ORDERED**.

DATED:  March 24, 2017

**HONORABLE LARRY ALAN BURNS**
United States District Judge

17cv524